UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ANTHONY LAWRENCE-DEVONN CALHOUN,

Plaintiff,

v.

GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC.,

Defendant.

Case No.: 26-cv-2673-RSH-DEB

**ORDER OF DISMISSAL**

[ECF No. 11]

Before the Court is the Parties' Joint Stipulation of Dismissal With Prejudice. ECF No. 11. The stipulation satisfies the requirements of Rule 41(a)(1)(A)(ii) and is effective on filing. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The action, in its entirety, is hereby **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED**.

Dated: August 26, 2026

Robert S. Huie

Hon. Robert S. Huie
United States District Judge